RECEIVED
2017 DEC -1 P 12:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Brandon Christopher Howard
Full name and prison name of
Plaintiff(s)

v.

Anglin, J, COI
Edwards, K, COI
Womack, M, COI

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.) DEFENdAND Sued
in their individual and official capacities

CIVIL ACTION NO. 2:17-CV-818-WHA-SRW
(To be supplied by Clerk of U.S. District Court)

TRIAL BY JURY REQUESTED

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number ____N/A____
4. Name of judge to whom case was assigned ____N/A____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) ____N/A____
6. Approximate date of filing lawsuit ____N/A____
7. Approximate date of disposition ____N/A____

II. PLACE OF PRESENT CONFINEMENT ____Ventress Correctional Facility____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ____Ventress Correctional Facility____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Anglin, J.  Ventress Correctional Facility 379 Hwy 239 N. Clayton, Alabama 36016
2. Womack, M.  Ventress Correctional Facility 379 Hwy 239 N. Clayton, Alabama 36016
3. Edwards, K.  Ventress Correctional Facility 379 Hwy 239 N. Clayton, Alabama 36016
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ____Oct.-12-2017____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ____Excessive Force  Amend 8, n 14 7____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

7:15 P.M., B-dorm barber shop. As I went into the shop officer Anglin punched me in the back of my head knocking me to the floor. Officers M. Womack and Edwards K. along with J. Anglin proceeded to kick and stomp me. They told me to stand up and not to move. Officer Womack and Edward Punched me.

GROUND TWO: Beating (Amend 8, n 14B)

SUPPORTING FACTS: As stated above Officers Anglin, Womack, and Edwards brutally attacked me. By punching, kicking and stomping me in B-dorm barber shop after they were done they told me if I said anything they would be back. I did nothing to prompt such a visious attack sending me to H.C.U. with bouised ribs, back and stomack

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want these officers to be Removed from Department of Corrections permanitly. Remove from state Job. And want 65,000 dollers from each officers. For the Pain And Suffering that was cause, towards me. Because of those events I AM now suffering thamatic stress when it comes to dealing with officers Regardless of the Situation.

_Brandon Howard_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-23-17
(Date)

_Brandon Howard_
Signature of plaintiff(s)

Sworn to me this the 28th day of November, 2017.

_Michael Calhoun_
Notary

Brandon Howard
AIS 221988 D1-24A
Ventress Correctional Facility
319 Hwy 239 N.
Clayton, AL 36016

Office of Clerk
United States District Clerk
For the Middle District
P.O. Box 711
Montgomery, AL 36101

MONTGOMERY AL 360
30 NOV '17
PM 2 L

02 1P
000083179
MAILED FROM ZIP CODE 36016
$000.70⁰
NOV 30 2017
PITNEY BOWES
UNITED STATES POSTAGE

36101-071111