**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDON HOWARD, #229852** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.** |
| | ) | **2:17-cv-818-MHT-SRW** |
| **ANGLIN, et al,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Keith Edwards, Maurice Womack, and James Anglin*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL
By:

/s/ *Bettie J. Carmack*
Bettie J. Carmack
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone: 334-353-5305
Fax: 334-242-2433
bcarmack@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of January 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

**Brandon Howard**
**#229852; D1-24A**
**Ventress Correctional Facility**
**379 Alabama Hwy 239 North**
**Clayton, Alabama 36016**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
ASSISTANT ATTORNEY GENERAL