IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON HOWARD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv818-MHT |
| | ) | (WO) |
| J. ANGLIN, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that the defendant correctional officers subjected him to excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted as to plaintiff's claims for monetary relief against defendants in their official capacities; that the motions be denied as to plaintiff's claims for monetary relief against defendants in their individual capacities, and as to plaintiff's claims for injunctive relief against defendants in their official and

individual capacities; and that this case be set for trial on plaintiff's surviving claim of excessive force against defendants for monetary damages in their individual capacities and for prospective injunctive relief from them in both their individual and official capacities. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment and other appropriate orders will be entered.

DONE, this the 25th day of January, 2021.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE