IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON HOWARD,            )
                           )
     Plaintiff,            )
                           )      CIVIL ACTION NO.
     v.                    )        2:17cv818-MHT
                           )           (WO)
J. ANGLIN, et al.,         )
                           )
     Defendants.           )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 41) is adopted.

(2) Defendants' motions for summary judgment (doc. nos. 16 & 20) are granted only as to plaintiff's excessive force claim for monetary damages against them in their official capacities, and are otherwise denied.

(3) Judgment is entered in favor of defendants and against plaintiff as to plaintiff's excessive force claim for monetary damages against them in their

official capacities, with plaintiff taking nothing by
his complaint to that extent.

(4) This case will proceed to trial on (a)
plaintiff's claims for monetary relief against
defendants in their individual capacities and (b)
plaintiff's claims for injunctive relief against
defendants in their official and individual capacities.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil
Procedure.

This case is not closed.

DONE, this the 25th day of January, 2021.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE