IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON HOWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv818-MHT |
| | ) | (WO) |
| **J. ANGLIN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff Brandon Howard has moved for the court to appoint counsel to represent him in this case. The court believes that Howard is capable of pursuing the case without counsel. As a result, it is ORDERED that the motion for appointment of counsel (Doc. 48) is denied.

DONE, this the 22nd day of February, 2021.

                                              /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**