IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANDON HOWARD, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>J. ANGLIN, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:17cv818-MHT<br>(WO) |

ORDER

Based on the representations made on the record during the pretrial hearing on March 18, 2021, it is ORDERED that:

(1) The jury selection and trial of this cause remain set for June 7, 2021, at 10:00 a.m., in Courtroom 2FMJ, at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The defendants' motions to convert the in-person trial to a virtual trial (Doc. 46 and Doc. 53) are denied.

(3) The State of Alabama Penal Officials, who have custody of plaintiff Brandon Howard, shall produce him at the federal courthouse in Montgomery, Alabama, on June 7, 2021, at 10:00 a.m., so that he may attend the jury trial of this cause. Plaintiff Howard's motion for a transport order (Doc. 49) is denied as moot.

The clerk of the court is DIRECTED to provide a copy of this order to counsel of record, the Transfer Agent for the Alabama Department of Corrections, the United States Marshal for the Middle District of Alabama, and the Warden of Bibb Correctional Facility.

DONE, this the 19th day of March, 2021.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE