IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BRANDON HOWARD,** | ) |
| Plaintiff, | ) )  |
| v. | )   CIVIL ACTION NO. )      2:17cv818-MHT )         (WO) |
| **J. ANGLIN, et al.,** | ) ) |
| Defendants. | ) |

### ORDER

Based on the representations made on the record during the pretrial hearing on March 18, 2021, it is ORDERED that, by April 2, 2021, defense counsel shall file, under seal, with the court any Investigation and Intelligence (I & I) report assembled by the Alabama Department of Corrections related to the incident alleged in the complaint, including any photographs taken in connection with the report.

DONE, this the 19th day of March, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**