IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv818-MHT |
| | ) | (WO) |
| J. ANGLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This cause is currently set for trial on June 7, 2021, at 10:00 a.m., in Courtroom 2FMJ, at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Based on the representations made on the record during the pretrial hearing on March 18, 2021, the court understands that plaintiff Brandon Howard wants to call the following two inmate witnesses:

Carl Driscoll (AIS number unknown; location unknown)

Louis Madlock (AIS number 193795; currently located at Staton Correctional Center).

Accordingly, it is ORDERED that:

(1) Plaintiff Brandon Howard's oral request is treated as a motion for production of inmate witnesses, and said motion is granted.

(2) To the extent to which it can identify and locate them, the Alabama Department of Corrections shall produce inmates Carl Driscoll and Louis Madlock to testify in person at the trial on June 7, 2021, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama. In the alternative, the department may arrange for these two inmates to testify by videoconferencing.

(3) Defense counsel is to notify the court by May 3, 2021, as to whether these two inmates will testify in person or by videoconferencing. If by videoconferencing, defense counsel is to work with the courtroom deputy, Mr. Anthony Green, to arrange for the inmate witnesses to testify by Zoom or some other comparable means.

2

The clerk of the court is directed to provide a copy of this order to the General Counsel for the Alabama Department of Corrections, the Transfer Agent for the Alabama Department of Corrections, and the Warden of the Staton Correctional Center.

DONE, this the 19th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE