IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON HOWARD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:17cv818-MHT |
| | ) | (WO) |
| J. ANGLIN, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

In their response to the court's order to show cause
(Doc. 72), the defendants stated that they do not object
to plaintiff Brandon Howard being provided with a copy of
the Investigation and Intelligence (I & I) report and
related photographs previously filed in this case, but
they asked that the court enter a protective order to
ensure that the documents are not disclosed.

Accordingly, it is ORDERED that, on or before April
13, 2021, defense counsel is to submit a proposed
protective order for the court to enter.

DONE, this the 9th day of April, 2021.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE