IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON HOWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv818-MHT |
| | ) | (WO) |
| **J. ANGLIN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

PROTECTIVE ORDER

Upon consideration of the proposed protective order filed by the defendants (Doc. 74), in which the defendants seek to protect against dissemination of the Investigation and Intelligence report produced under seal in this case, it is ORDERED that the report shall be revealed to plaintiff Brandon Howard, subject to the following protective order:

(1) Plaintiff Brandon shall not publish the Investigation and Intelligence report in any manner, share the report with any person not involved in this case (including counsel, if retained or appointed), or

allow review of the report by any person not involved in this case.

(2) Any filing of the Investigation and Intelligence report, or any materials that include portions of the report or its findings, shall be made under seal.

(3) At the conclusion of this case, including any appeal, plaintiff Brandon shall return any and all copies of the Investigation and Intelligence report to the defendants.

(4) The Investigation and Intelligence report shall not be used for any purpose other than the prosecution of the claims raised in the instant case. It shall not be used or filed as an exhibit in any other court case.

(5) Violation of this order may result in the imposition of sanctions on plaintiff Brandon, which may include all costs of enforcement of this order.

DONE, this the 14th day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE