IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:17cv818-JFD (WO) |
| J. ANGLIN, et al, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

For good cause shown, it is ORDERED that jury selection and trial of this cause is rescheduled from June 7, 2021, at 10:00 A.M. to June 8, 2021, at 10:00 A.M. in courtroom 2F at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned judge.

It is further ORDERED that the State of Alabama Penal Officials, who have custody of plaintiff Brandon Howard, shall produce him at the federal courthouse in Montgomery, Alabama, on June 8, 2021, at 10:00 A.M., so that he may attend the jury trial of this cause.

The clerk of this court is ORDERED and DIRECTED to provide a copy of this order to counsel of record, the Transfer Agent for the Alabama Department of

Corrections, the United States Marshal for the Middle District of Alabama, and the Warden of Bibb Correctional Facility.

DONE, this the 21st day of April, 2021.

_____
SENIOR UNITED STATES CIRCUIT JUDGE