In the District Court of the United States for the Middle District of Alabama, Northern Division

Brandon C. Howard
Plaintiff

v.

James Anglin Et Al.,
Defendant.

Civil Action No: 2:17-CV-818-JFD-SRW

RECEIVED 2021 JUN 23 A 10: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Come Now the Plaintiff Brandon C. Howard Ais 229852 for Good cause to explain to the Courts, and the Defendants why I was Not Able to Be seen in Court. The Declaration the Clerk sent the Pro Se assistance Program Form was given to me by the Mail clerk of Kilby Correction facility on Jun 3rd three weeks Late. This is on Record, Kilby's Prison Holds Back Mail. I Am Requesting for the Courts to grant me with A new court date and Pro se assistance Program Form (PaSP) I Am Asking the Courts to Please Make An order to have Kilby Correction facility to transfer me Back to my sign camp where I was Before which was Bibb correction facility. I Lift Bibb correctional facility And came to Kilby Prison only for A Lay over to have Court. Then Be transported Back. I Am in A Program At Bibb Prison called CORE this Program helps to Prepare inmates for the outside world. Could the Plaintiff Please Be transported Back to Bibb correctional facility until My Next up coming Court date. Done this on Jun 17th 2021

/s/ Brandon C. Howard

Brandon C. Howard

## Certificate of Service

I certify that this is true and correct on the day of 17th Jun 2021. I have filed the foregoing Pleading with the Clerk of the Court. and that I have further served a copy of the foregoing on the Defendants, by placing a copy of the same in the United States Mail, Postage, Prepaid, and properly addressed as follows.

to James Anglin, Keith Edwards, Maurice Womack

/s/ Brandon C. Howard
Brandon C. Howard Plaintiff

Mr. Brandon Howard
AIS 229852 - AL-37A
Kilby Correction Facility
P.O. Box 150
Mt. Meigs, Alabama 36057

MONTGOMERY AL 360
21 JUN 2021 PM 3 L



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B110
Montgomery, Alabama 36104-4018

Legal Mail

36104-401801