# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRANDON CHRISTOPHER HOWARD**, ) ) ) | |
| Plaintiff, ) | **Civil Action No.: 2:17-CV-818-JFD** |
| ) ) | |
| v. ) ) ) | |
| **JAMES ANGLIN, MAURICE WOMACK, AND KEITH EDWARDS,** ) ) ) ) | |
| Defendants. ) | |

## MOTION TO CONTINUE

Plaintiff, Brandon Howard, moves this Honorable Court to enter an Order continuing the trial of this action. As grounds, Plaintiff states as follows:

1. This case is set for a jury trial the week of August 9, 2021.

2. On today's date, counsel for the parties were informed that Elmore Correctional Facility, where Plaintiff is presently incarcerated, is quarantined due to COVID-19.

3. As a result, the Alabama Department of Corrections does not feel that it can responsibly transport Plaintiff to the courthouse for trial.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court will enter an Order continuing the trial of this action.

Respectfully submitted this the 5th day of August 2021.

                                                        */s/ Jonathan K. Corley*
                                                        One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jonathan K. Corley
Jacob T. Welch
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803–0106
Tel.:  (334) 745–7766
Fax:  (334) 745–7666
E-mail: jcorley@wwp-law.com
          jwelch@wwp-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 5th day of August 2021, I have filed the foregoing document using the CM/ECF system, which will provide notice to the following counsel of record via e-mail:

Benjamin H. Albritton
Terrie S. Morgan
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Benjamin.Albritton@AlabamaAG.gov
Terrie.Morgan@AlabamaAG.gov

                                                        */s/ Jonathan K. Corley*
                                                        Jonathan K. Corley